DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Frank Singh**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**, <br><br> Plaintiff, <br><br> v. <br><br> **DIGS ENTERPRISE, INC.**, as an entity and doing business as "Heartland Thrift Store", 4747 **HOLT INVESTMENTS, LLC, SBA 2012 TC ASSETS, LLC**, and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **5:21-cv-00551-KK** <br><br> **NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff also requests ninety (90) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:  June 6th, 2021

Respectfully Submitted,

/s/Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff