DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

RICHARD P. PETERSEN, *Cal. Bar No.: 136577*
RICHARD P. PETERSEN LAW OFFICES
2015 Montrose Avenue
Montrose, CA 91020
Tel: 818-957-5832 / Fax: 818-541-9165
Email: rppesq1@hotmail.com

*Attorney for Defendant:* **4747 Holt Investments, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **FRANK SINGH**,<br><br>                Plaintiff,<br><br>v.<br><br>**DIGS ENTERPRISE, INC.**, as an entity and doing business as "Heartland Thrift Store", 4747 **HOLT INVESTMENTS, LLC, SBA 2012 TC ASSETS, LLC**, and **DOES** 1-50, Inclusive,<br><br>                Defendants. | Case No.: 5:21-cv-00551-KK<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs

1 and attorney fees in connection with the lawsuit and the negotiation and preparation of any
2 agreement entered into by such parties.
3
4
5 Date: July 5th, 2021                         /s/Daniel Malakauskas_____
                                               By: Daniel Malakauskas, of,
6                                              MALAKAUSKAS LAW, APC,
                                               Attorney for Plaintiff
7
8 Date: July 5th ,2021                         /s/Richard P. Petersen_____
                                               By: Richard P. Petersen, of,
9                                              RICHARD P. PETERSEN LAW
                                               OFFICES, Attorney for Defendant: *4747
10                                             Holt Investments, LLC*